[No. 2292. Decided September 25, 1896.]

E. M. RANDS, *Appellant,* v. THE COUNTY OF CLARKE *et al., Respondents.*

Appeal from Superior Court, Clarke County.—Hon. A. L. MILLER, Judge. Affirmed.

*W. W. McCredie,* for appellant.

*Moody, Coovert & Stapleton,* for respondents.

*Per Curiam.*—This case falls substantially within the rule announced by this court in *State, ex rel. Barton, v. Hopkins*, 14 Wash.

59 (44 Pac. 134), and the further opinion filed in that case March 31, 1896, and reported on page 550, Vol. 44, Pac. Rep. (14 Wash. 66). Hence, in accordance with the rule there announced, the judgment will be affirmed.